DORSEY & SEMRAU, LLC
714 Main Street
P.O. Box 228
Boonton, New Jersey 07005
Fred Semrau, Esq. - 017871993
Jeffrey J. Berezny, Esq. - 016741998
Phone: (973) 334-1900
Fax: (973) 334-3408
Email: fsemrau@dorseysemrau.com
Attorneys for the Defendants, Englewood Housing Authority
and Sonja Alston (i/p/a Sonia Austin)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BESSIE MARIE HARRIS,<br><br>          Plaintiff,<br><br>   vs.<br><br>CITY OF ENGLEWOOD, ENGLEWOOD POLICE DEPARTMENT, ENGLEWOOD HOUSING AUTHORITY, SERGEANT CANNON, POLICE OFFICER GUPIZZ, SONIA AUSTIN, JOHN and JANE DOES 1-10 (unidentified police officers),<br><br>          Defendants. | Civil Action No.<br><br><u>Civil Action</u><br><br>**NOTICE OF REMOVAL** |

**TO:   THE CLERK AND THE HONORABLE JUDGES**
**OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT ON NEW JERSEY, NEWARK VICINAGE**

Defendants, Englewood Housing Authority and Sonja Alston (i/p/a Sonia Austin) ("Defendants"), hereby give notice to the Court, pursuant to 28 U.S.C. §1441, of the removal of this action, captioned as <u>Bessie Marie Harris vs. City of Englewood, Englewood Police Department, Englewood Housing Authority, Sergeant Cannon, Police Officer Gupizz, Sonia Austin, John and Jane Does 1-10 (unidentified police officers)</u>, <u>Docket No. BER-L-001702-18</u> (hereinafter the "State Action"), from the Superior Court of New Jersey, Law Division, Bergen County, to the United States District Court for the District of New Jersey. Removal of this matter

from the Superior Court of New Jersey to the United States District Court is proper for the reasons set forth below:

1.    On or about April 20, 2018 Defendants were served with the Complaint in the State Action. See **Exhibit A**.

2.    Plaintiff, Bessie Marie Harris ("Plaintiff"), sets forth in at least seven out of the ten counts in her Complaint that she has an action, pursuant to 42 U.S.C. §1983, for violation of her constitutional rights under at least the Fourth, Fifth and Fourteenth Amendments to the United States Constitution. See **Exhibit A**.

3.    This Court also has supplemental jurisdiction, pursuant to 28 U.S.C. §1367, over all state and common law claims asserted in the Complaint by Plaintiff as those claims are so related to the federal claims that they form part of the same case.

4.    Defendants submit that each of the claims asserted by Plaintiff against them are frivolous but Defendants are entitled to seek the removal of this matter, pursuant to 28 U.S.C. §1446(b), as this Notice of Removal has been filed within thirty (30) days of notice that the Plaintiff is asserting claims that fall within the jurisdiction of the United States District Court of New Jersey.

5.    The State Action is a civil action of which the District Courts of the United States have original jurisdiction by virtue of federal question jurisdiction granted by 28 U.S.C. §1331 and 28 U.S.C. §1443.

6.    All known Defendants consent to removal of the State Action.

7.    This matter is therefore properly removed to this Court, pursuant to 28 U.S.C. §1441(a), because the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States. Venue is proper in the Newark

Vicinage, as the State Action was filed with the Superior Court of New Jersey, Law Division, Bergen County.

8. Accordingly, this matter should be removed to the United States District Court for the District of New Jersey by virtue of the provisions of 28 U.S.C. §1441(a) and 28 U.S.C. §1446(b).

9. Pursuant to 28 U.S.C. §1446(d), written notice of this Notice of Removal has been given to all parties involved in the State Action and has been filed with the Clerk of the Superior Court of New Jersey, Law Division, Bergen County.

10. Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, and do not concede that Plaintiff has asserted any claims against Defendants upon which relief may be granted.

**WHEREFORE**, Defendants respectfully give notice to this Court of the removal of the State Action from the Superior Court of New Jersey, Law Division, Bergen County, to the United States District Court for the District of New Jersey, Newark Vicinage.

DORSEY & SEMRAU, LLC
Attorneys for the Defendants, Englewood
Housing Authority and Sonja Alston (i/p/a
Sonia Austin)

By:   /s/ Fred Semrau
FRED SEMRAU

Dated:  May 10, 2018

3